FILED
06 SEP -8 AM 9:08
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 05CR02244-003-H |
| v. | ) | O R D E R |
| INOCENCIO HERNANDEZ-FIGUEROA, | ) | |
| Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for October 16, 2006 is vacated and reset to November 27, 2006 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 9/5/06

Marilyn L. Huff
U.S. District Judge

cc: all counsel of record

/jlg